MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
A PLACE FOR MOM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,

Plaintiffs,

v.

A PLACE FOR MOM, a Washington corporation; and DOES 1 to 100, inclusive

Defendants.

Case No. CV 08 0030

**CERTIFICATE AS TO INTERESTED NON-PARTIES**

## CERTIFICATE AS TO INTERESTED NON-PARTIES

Pursuant to Civil L.R. 3-16, Defendant A Place for Mom certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 3, 2007

**KERR & WAGSTAFFE LLP**

By [signature]
ADRIAN J. SAWYER

Attorneys for Defendant
A PLACE FOR MOM

1

KERR & WAGSTAFFE LLP

Case No. CERTIFICATE AS TO INTERESTED NON-PARTIES