MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
A PLACE FOR MOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A PLACE FOR MOM, a Washington corporation; and DOES 1 to 100, inclusive<br><br>Defendants. | Case No. CV 08-0030<br><br>**PROOF OF SERVICE** |

CASE NO.                                                                                                                      PROOF OF SERVICE

## PROOF OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On January 3, 2008, I served the following document(s):

- **CIVIL CASE COVER SHEET**
- **CERTIFICATE OF INTERESTED NON-PARTIES**
- **NOTICE OF REMOVAL**

on the parties listed below as follows:

> Rene L. Barge, Esq.
> Ira L. Siskind, Esq.
> CLASS ACTION LITIGATION GROUP, APC
> 11111 Santa Monica Blvd., Suite 1000
> Los Angeles, CA 90025

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2008, at San Francisco, California.

_____
Andrew Hanna

CASE NO.                                                                                                    PROOF OF SERVICE