René L. Barge, Esq. – State Bar No.182317
Henry G. Weinstein, Esq. – State Bar No. 139117
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:   310-481-9851
Facsimile:   310-481-9854
E-mail:  *rbarge@class-action-attorneys.com*
         *hweinstein@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd,., Suite 2490
Los Angeles, CA 90067
Tel:  310-552-7812
Fax:  310-552-7814
E-mail:  *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive. <br><br> Defendants. | Case No.:  CV 08-00030 PJH <br><br> CLASS ACTION <br><br> CERTIFICATE AS TO INTERESTED NON-PARTIES <br><br><br><br><br><br> Complaint Filed:  November 21, 2007 |

1

CERTIFICATE AS TO INTERESTED NON-PARTIES                          CV08-00030 PJH

1     Pursuant to Civil L.R. 3-16, Plaintiffs certify that as of this date, other than the
2 named parties, there is no such interest to report.
3 DATED: April 3, 2008                     CLASS ACTION LITIGATION GROUP, APC

                                        By:     s/ Henry G. Weinstein
                                              RENÉ L. BARGE
                                              HENRY G. WEINSTEIN
                                              Attorneys for Plaintiffs WILLIAM ALAN
                                              GLUCK, MONA SANCHEZ, JANI
                                              BIELENBERG, individually and on behalf of
                                              all employees similarly situated

## CERTIFICATE OF SERVICE

I certify that on April 3, 2008, I caused to be served a copy of **CERTIFICATE AS TO INTERESTED NON-PARTIES** on all the interested parties listed below as follows:

**[ X ] By ELECTRONIC SERVICE VIA CM/ECF SYSTEM:** In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF System:

Michael Von Lowenfeldt, Esq.                    Counsel for Defendant
Adrian James Sawyer, Esq.
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Tel:  415-371-8500
Fax: 415-371-0500
mvl@kerrwagstaffe.com,
hanna@kerrwagstaffe.com
sawyer@kerrwagstaffe.com

**[ X ] BY MAIL**: I am readily familiar with this firms's practice of collection and processing correspondence for mailing with the United States Postal Service.  On the date set forth below, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices.  Under the firm's practice, the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California:

 Lee Richard Feldman, Esq.                    Co-Counsel for Plaintiffs
The Feldman Law Firm, APC
10100 Santa Monica Blvd, Suite 2490
Los Angeles, CA 90067
Tel:  310-552-7812
Fax:  310-552-7814
lee@leefeldmanlaw.com

CLASS ACTION LITIGATION GROUP, APC

 s/    Henry G. Weinstein
RENÉ L. BARGE
HENRY G. WEINSTEIN
Attorneys for Plaintiffs

1