## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date: April 10, 2008**                                    **JUDGE: Phyllis J. Hamilton**


**Case No: C-08-0030 PJH**

**Case Name: William Alan Gluck, et al. v. A Place for Mom**

**Attorney(s) for Plaintiff:**          **Rene Barge**
**Attorney(s) for Defendant:**          **Adrian J. Sawyer**

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Not Reported

### PROCEEDINGS

        Initial Case Management Conference-Held.  The court will allow both sides to file an early motion for summary judge regarding outside sales person exemption only.  Early motions for summary judgment to be filed within 6 months. Discovery to be completed before the filing of the motion.  Damages and liability discovery are bifurcated.  The deadline to file motion for class certification is 4/8/09.  The last day to amend the pleadings is 2/15/09.  The court sets a pretrial schedule.


**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed by 12/31/08**.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 9/16/09**
**Expert disclosure: 10/16/09; Rebuttal: 11/6/09**
**Expert discovery cutoff: 12/4/09**
**All Dispositive and Other Motions heard by: 11/18/09**
**Pretrial Conference: 2/18/2010**
**Trial: 3/8/2010  at  8:30 a.m., for 12 days, by [x] Jury  [] Court**



**Order to be prepared by:**    [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file; ADR