```
1  René L. Barge, Esq. (SBN 182317)
   Katherine J. Odenbreit (sbn 184619)
2  CLASS ACTION LITIGATION GROUP, APC
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:  310-481-9851
4  Facsimile:  310-481-9854
   E-mail: rbarge@class-action-attorneys.com
5          kodenbreit@class-action-attorneys.com

6  Lee Feldman, Esq. (SBN 171268)
   THE FELDMAN LAW FIRM, APC
7  10100 Santa Monica Blvd,., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: lee@leefeldmanlaw.com

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br>CLASS ACTION<br><br>NOTICE OF CONSENTS TO JOIN [29 U.S.C. § 216(b)]<br><br>Complaint Filed: November 21, 2007 |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Attached hereto please find the individual Consents to Join for the following:

1. Jani Bielenberg

2. Jeanne R. Burke

3. Valerie Cullen

1

| | | |
|---|---|---|
| 1 | 4. | Carl D'Alicandro |
| 2 | 5. | William Alan Gluck |
| 3 | | |
| 4 | 6. | Kathleen Hammerquist |
| 5 | 7. | Jeri Hawkins |
| 6 | 8. | Kim Henning |
| 7 | | |
| 8 | 9. | Nancy Kempton |
| 9 | 10. | Kris McChesney |
| 10 | 11. | Jacalyn Neal |
| 11 | | |
| 12 | 12. | Joan Scott |
| 13 | 13. | Jayne Selby |
| 14 | 14. | Pat Snook |
| 15 | | |
| 16 | 15. | Sherry Saudi |

Dated: July 17, 2008

CLASS ACTION LITIGATION GROUP, APC

By: _____/s/_____

RENÉ L. BARGE
Attorneys for Plaintiffs WILLIAM ALAN GLUCK, MONA SANCHEZ, JANI BIELENBERG, individually and on behalf of all employees similarly situated

René L. Barge, Esq. – State Bar No.182317
Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone: 310-481-9851
Facsimile: 310-481-9854
E-mail: *rbarge@class-action-attorneys.com*
        *kodenbreit@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd,., Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
E-mail: *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive. <br><br> Defendants. | Case No.: CV 08-00030 PJH <br><br> <u>CLASS ACTION</u> <br><br> **CONSENT TO JOIN OF JANI BIELENBERG [29 U.S.C. § 216( b)]** <br><br> Complaint Filed: November 21, 2007 <br> Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, JANI BIELENBERG, hereby give my consent to be a party plaintiff in this action.

Dated: 6/11/2008

*[signature]*
JANI BIELENBERG

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                     CV08-00030 PJH

René L. Barge, Esq. – State Bar No.182317
Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:   310-481-9851
Facsimile:   310-481-9854
E-mail: *rbarge@class-action-attorneys.com*
         *kodenbreit@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd,., Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
E-mail: *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.:  CV 08-00030 PJH<br><br>CLASS ACTION<br><br>**CONSENT TO JOIN OF JEANNE R. BURKE [29 U.S.C. § 216( b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, JEANNE R. BURKE, hereby give my consent to be a party plaintiff in this action.

Dated: ___June 15, 2008___

                                         *Jeanne R. Burke*
                                         JEANNE R. BURKE

1

| | |
|---|---|
| 1 | René L. Barge, Esq. – State Bar No.182317<br>Katherine J. Odenbreit – State Bar No. 184619 |
| 2 | **CLASS ACTION LITIGATION GROUP, APC**<br>11111 Santa Monica Boulevard, Suite 1000 |
| 3 | Los Angeles, California 90025-3344<br>Telephone:  310-481-9851 |
| 4 | Facsimile:  310-481-9854<br>E-mail:  *rbarge@class-action-attorneys.com* |
| 5 | *kodenbreit@class-action-attorneys.com* |
| 6 | Lee Feldman, Esq. – State Bar No. 171268<br>**THE FELDMAN LAW FIRM, APC** |
| 7 | 10100 Santa Monica Blvd., Suite 2490<br>Los Angeles, CA 90067 |
| 8 | Tel: 310-552-7812<br>Fax: 310-552-7814 |
| 9 | E-mail: *lee@leefeldmanlaw.com* |
| 10 | Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,<br>MONA SANCHEZ AND JANI BIELENBERG, |
| 11 | individually and on behalf of all employees similarly situated |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated, <br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br>CLASS ACTION<br><br>**CONSENT TO JOIN OF VALERIE CULLIN [29 U.S.C. § 216(b)]**<br><br>Complaint Filed:  November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, VALERIE CULLIN hereby give my consent to be a party plaintiff in this action.

Dated: 6/30/08

/s/ Valerie Cullin
VALERIE CULLIN

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                         CV08-00030 PJH

1 | René L. Barge, Esq. – State Bar No.182317
2 | Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
3 | 11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
4 | Telephone: 310-481-9851
Facsimile: 310-481-9854
5 | E-mail: rbarge@class-action-attorneys.com
kodenbreit@class-action-attorneys.com
6 | Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
7 | 10100 Santa Monica Blvd.,. Suite 2490
Los Angeles, CA 90067
8 | Tel: 310-552-7812
Fax: 310-552-7814
9 | E-mail: lee@leefeldmanlaw.com

10 | Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
11 | individually and on behalf of all employees similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br>CLASS ACTION<br><br>**CONSENT TO JOIN OF CARL D'ALICANDRO [29 U.S.C. § 216(b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, CARL D'ALICANDRO hereby give my consent to be a party plaintiff in this action.

Dated: 7/10/08

_____
CARL D'ALICANDRO

---

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]　　　　　　　　　　　　　　　　　CV08-00030 PJH

René L. Barge, Esq. – State Bar No. 182317
Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:   310-481-9851
Facsimile:   310-481-9854
E-mail:  *rbarge@class-action-attorneys.com*
         *kodenbreit@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd., Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
E-mail: *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>       Defendants. | Case No.: CV 08-00030 PJH<br><br><u>CLASS ACTION</u><br><br>**CONSENT TO JOIN OF WILLIAM ALAN GLUCK [29 U.S.C. § 216(b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

   Pursuant to 29 U.S.C. § 216(b), I, WILLIAM ALAN GLUCK, hereby give my consent to be a party plaintiff in this action.

Dated: JUNE 12, 2008

                                         _____
                                         WILLIAM ALAN GLUCK

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                    CV08-00030 PJH

1  René L. Barge, Esq. – State Bar No.182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:   310-481-9851
4  Facsimile:   310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5           *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd,., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>　　　　　　Defendants. | Case No.: CV 08-00030 PJH<br><br>CLASS ACTION<br><br>**CONSENT TO JOIN OF KATHLEEN HAMMERQUIST [29 U.S.C. § 216( b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, KATHLEEN HAMMERQUIST hereby give my consent to be a party plaintiff in this action.

Dated: 6/12/08

　　　　　　　　　　　　　　　　　　　　　*/s/ Kathleen Hammerquist*
　　　　　　　　　　　　　　　　　　　　　KATHLEEN HAMMERQUIST

1  René L. Barge, Esq. – State Bar No.182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:   310-481-9851
4  Facsimile:   310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5           *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd,., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br><u>CLASS ACTION</u><br><br>**CONSENT TO JOIN OF JERI HAWKINS [29 U.S.C. § 216(b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, JERI HAWKINS hereby give my consent to be a party plaintiff in this action.

Dated: 6-14-08

Jer *[signature]*
JERI HAWKINS

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                    CV08-00030 PJH

René L. Barge, Esq. – State Bar No. 182317
Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:  310-481-9851
Facsimile:   310-481-9854
E-mail: *rbarge@class-action-attorneys.com*
          *kodenbreit@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd,., Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
E-mail: *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br><u>CLASS ACTION</u><br><br>**CONSENT TO JOIN OF KIM HENNING [29 U.S.C. § 216(b)]**<br><br>Complaint Filed:  November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, KIM HENNING hereby give my consent to be a party plaintiff in this action.

Dated: 6/12/08

*/s/ Kim Henning*
KIM HENNING

1

1  René L. Barge, Esq. – State Bar No. 182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:  310-481-9851
4  Facsimile:  310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5          *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br>**CLASS ACTION**<br><br>**CONSENT TO JOIN OF NANCY KEMPTON [29 U.S.C. § 216(b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, NANCY KEMPTON hereby give my consent to be a party plaintiff in this action.

Dated: 01/16/08                           *[signature]*
                                          NANCY KEMPTON

---

CONSENT TO JOIN [29 U.S.C. § 216(b)]                              CV08-00030 PJH

| | |
|---|---|
| 1 | René L. Barge, Esq. – State Bar No. 182317 |
| 2 | Katherine J. Odenbreit – State Bar No. 184619<br>**CLASS ACTION LITIGATION GROUP, APC**<br>11111 Santa Monica Boulevard, Suite 1000 |
| 3 | Los Angeles, California 90025-3344<br>Telephone: 310-481-9851 |
| 4 | Facsimile: 310-481-9854<br>E-mail: *rbarge@class-action-attorneys.com* |
| 5 | *kodenbreit@class-action-attorneys.com* |
| 6 | Lee Feldman, Esq. – State Bar No. 171268<br>**THE FELDMAN LAW FIRM, APC** |
| 7 | 10100 Santa Monica Blvd., Suite 2490<br>Los Angeles, CA 90067 |
| 8 | Tel: 310-552-7812<br>Fax: 310-552-7814 |
| 9 | E-mail: *lee@leefeldmanlaw.com* |
| 10 | Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,<br>MONA SANCHEZ AND JANI BIELENBERG, |
| 11 | individually and on behalf of all employees similarly situated |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br>**CLASS ACTION**<br><br>**CONSENT TO JOIN OF KRIS MCCHESNEY [29 U.S.C. § 216(b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, KRIS MCCHESNEY hereby give my consent to be a party plaintiff in this action.

Dated: 6-16-08

*/s/ Kris McChesney*
KRIS MCCHESNEY

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                              CV08-00030 PJH

1 | René L. Barge, Esq. – State Bar No.182317
  | Katherine J. Odenbreit – State Bar No. 184619
2 | **CLASS ACTION LITIGATION GROUP, APC**
  | 11111 Santa Monica Boulevard, Suite 1000
3 | Los Angeles, California 90025-3344
  | Telephone:   310-481-9851
4 | Facsimile:    310-481-9854
  | E-mail: *rbarge@class-action-attorneys.com*
5 |           *kodenbreit@class-action-attorneys.com*

6 | Lee Feldman, Esq. – State Bar No. 171268
  | **THE FELDMAN LAW FIRM, APC**
7 | 10100 Santa Monica Blvd,., Suite 2490
  | Los Angeles, CA 90067
8 | Tel: 310-552-7812
  | Fax: 310-552-7814
9 | E-mail: *lee@leefeldmanlaw.com*

10 | Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   | MONA SANCHEZ AND JANI BIELENBERG,
11 | individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated, | Case No.: CV 08-00030 PJH <br><br> <u>CLASS ACTION</u> |
| Plaintiffs, | **CONSENT TO JOIN OF JACALYN NEAL [29 U.S.C. § 216(b)]** |
| vs. | |
| A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive. | Complaint Filed: November 21, 2007 <br> Date of Removal: January 3, 2008 |
| Defendants. | |

Pursuant to 29 U.S.C. § 216(b), I, JACALYN NEAL hereby give my consent to be a party plaintiff in this action.

Dated: 6-13-08

*[signature]*
JACALYN NEAL

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                            CV08-00030 PJH

1  René L. Barge, Esq. – State Bar No. 182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:  310-481-9851
4  Facsimile:  310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5          *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd.,. Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br><u>CLASS ACTION</u><br><br>**CONSENT TO JOIN OF JOAN SCOTT**<br>**[29 U.S.C. § 216(b)]**<br><br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, JOAN SCOTT hereby give my consent to be a party plaintiff in this action.

Dated: 6/18/08

                                        *[signature]*
                                        JOAN SCOTT

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                    CV08-00030 PJH

1 | René L. Barge, Esq. – State Bar No. 182317
  | Katherine J. Odenbreit – State Bar No. 184619
2 | CLASS ACTION LITIGATION GROUP, APC
  | 11111 Santa Monica Boulevard, Suite 1000
3 | Los Angeles, California 90025-3344
  | Telephone:  310-481-9851
4 | Facsimile:   310-481-9854
  | E-mail: rbarge@class-action-attorneys.com
5 |         kodenbreit@class-action-attorneys.com

6 | Lee Feldman, Esq. – State Bar No. 171268
  | THE FELDMAN LAW FIRM, APC
7 | 10100 Santa Monica Blvd., Suite 2490
  | Los Angeles, CA 90067
8 | Tel: 310-552-7812
  | Fax: 310-552-7814
9 | E-mail: lee@leefeldmanlaw.com

10 | Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   | MONA SANCHEZ AND JANI BIELENBERG,
11 | individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated, | Case No.: CV 08-00030 PJH |
| | CLASS ACTION |
| Plaintiffs, | CONSENT TO JOIN OF Jayne Selby [29 U.S.C. § 216(b)] |
| vs. | |
| A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive. | Complaint Filed: November 21, 2007 Date of Removal: January 3, 2008 |
| Defendants. | |

Pursuant to 29 U.S.C. § 216(b), I, JAYNE SELBY hereby give my consent to be a party plaintiff in this action.

Dated: 6/20/08

*/s/ Jayne Selby*
JAYNE SELBY

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]

René L. Barge, Esq. – State Bar No.182317
Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:   310-481-9851
Facsimile:   310-481-9854
E-mail: *rbarge@class-action-attorneys.com*
         *kodenbreit@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd,., Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
E-mail: *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.:  CV 08-00030 PJH<br><br><u>CLASS ACTION</u><br><br>**CONSENT TO JOIN OF PAT SNOOK [29 U.S.C. § 216(b)]**<br><br>Complaint Filed:  November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I,  PAT SNOOK hereby give my consent to be a party plaintiff in this action.

Dated:  6/12/08

*/s/ Pat M Snook*
PAT SNOOK

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                    CV08-00030 PJH

1  René L. Barge, Esq. – State Bar No.182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:  310-481-9851
4  Facsimile:   310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5          *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd.., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

12                     **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14 | WILLIAM ALAN GLUCK, MONA         ) Case No.: CV 08-00030 PJH
15 | SANCHEZ and JANI BIELENBERG,     )
   | individually and on behalf of all employees ) CLASS ACTION
16 | similarly situated,              )
   |                                  ) CONSENT TO JOIN OF SHERRY
17 |           Plaintiffs,            ) SAUDI [29 U.S.C. § 216(b)]
   |                                  )
18 |     vs.                          )
   |                                  )
19 | A PLACE FOR MOM, a Washington    )
   | corporation; and does 1 to 100, inclusive. )
20 |                                  ) Complaint Filed: November 21, 2007
   |           Defendants.            ) Date of Removal: January 3, 2008
21

22

23     Pursuant to 29 U.S.C. § 216(b), I, SHERRY SAUDI hereby give my consent to be a

24 party plaintiff in this action.

25 Dated: 7/15/08

26                                              *[signature]*
                                                SHERRY SAUDI
27

28

                                          1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                     CV08-00030 PJH

## CERTIFICATE OF SERVICE

I certify that on July 17, 2008, I caused to be served a copy of **NOTICE OF CONSENTS TO JOIN [29 U.S.C. § 216(b)]** on all the interested parties listed below as follows:

[ X ] **By ELECTRONIC SERVICE VIA CM/ECF SYSTEM:** In accordance with the electronic filing procedures of this Court, service has been effected on the parties, whose counsel of record is a registered participant of CM/ECF System:

Michael Von Lowenfeldt, Esq.                Counsel for Defendant
Adrian James Sawyer, Esq.
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
mvl@kerrwagstaffe.com,
hanna@kerrwagstaffe.com
sawyer@kerrwagstaffe.com

[ X ] **BY MAIL**: I am readily familiar with this firms's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the firm's practice, the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California:

Lee Richard Feldman, Esq.                Co-Counsel for Plaintiffs
The Feldman Law Firm, APC
10100 Santa Monica Blvd, Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
lee@leefeldmanlaw.com

CLASS ACTION LITIGATION GROUP, APC

/s/
RENÉ L. BARGE
Attorneys for Plaintiffs