1  René L. Barge - State Bar No.182317
   Katherine J. Odenbreit - State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:    310-481-9851
4  Facsimile:    310-481-9854
   E-mail:  *rbarge@class-action-attorneys.com*
5          *kjodenbreit@class-action-attorneys.com*

6  Lee Feldman - State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd,., Suite 2490
   Los Angeles, CA 90067
8  Tel:  310-552-7812
   Fax:  310-552-7814
9  E-mail:  *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
15 WILLIAM ALAN GLUCK, MONA        ) Case No.:  CV 08-00030 PJH
   SANCHEZ and JANI BIELENBERG,    )
   individually and on behalf of all employees ) CLASS ACTION
16 similarly situated,             )
                                   )
17          Plaintiffs,            ) **NOTICE OF CHANGE IN COUNSEL**
                                   )
18     vs.                         )
                                   )
19 A PLACE FOR MOM, a Washington   )
   corporation; and does 1 to 100, inclusive. ) Complaint Filed:  November 21, 2007
20                                 )
            Defendants.            )
21                                 )

22

23      TO THE HONORABLE PHYLLIS J. HAMILTON AND ALL COUNSEL OF

24 RECORD:

25      Class Action Litigation Group, APC is counsel of record for Plaintiffs in the above-

26 entitled action.  René L. Barge of Class Action Litigation Group, APC will continue to

27 serve as counsel for Plaintiffs in this action.  However, Ira L. Siskind and Henry G.

28 Weinstein cease to be counsel of record for Plaintiffs in this action.  Accordingly, Plaintiffs

                                   1

NOTICE OF CHANGE IN COUNSEL                              CV08-00030 PJH

1 | respectfully request that Ira L. Siskind and Henry G. Weinstein be removed from the

2 | Court's and counsel's service lists.

3 | DATED:  July 23, 2008                    CLASS ACTION LITIGATION GROUP, APC

4 |

5 |

6 |                                    By:     _____/s/_____
   |                                            RENÉ L. BARGE

7 |                                            Attorneys for Plaintiffs WILLIAM ALAN
   |                                            GLUCK, MONA SANCHEZ, JANI

8 |                                            BIELENBERG, individually and on behalf of

9 |                                            all employees similarly situated

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

NOTICE OF CHANGE IN COUNSEL                                        CV08-00030 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that on July 23, 2008, I caused to be served a copy of **NOTICE OF CHANGE IN COUNSEL** on all the interested  parties listed below as follows:


**[ X ]  By ELECTRONIC SERVICE VIA CM/ECF SYSTEM:**  In accordance with the electronic filing procedures of this Court, service has been effected on the parties, whose counsel of record is a registered participant of CM/ECF System:

Michael Von Lowenfeldt, Esq.                         Counsel for Defendant
Adrian James Sawyer, Esq.
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Tel:  415-371-8500
Fax: 415-371-0500
mvl@kerrwagstaffe.com,
hanna@kerrwagstaffe.com
sawyer@kerrwagstaffe.com

**[ X ]  BY MAIL**: I am readily familiar with this firms's practice of collection and processing correspondence for mailing with the United States Postal Service.  On the date set forth below, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices.  Under the firm's practice, the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California:

 Lee Richard Feldman, Esq.                         Co-Counsel for Plaintiffs
The Feldman Law Firm, APC
10100 Santa Monica Blvd, Suite 2490
Los Angeles, CA 90067
Tel:  310-552-7812
Fax:  310-552-7814
lee@leefeldmanlaw.com


                    CLASS ACTION LITIGATION GROUP, APC


                     /s/
                    RENÉ L. BARGE
                    Attorneys for Plaintiffs

3

NOTICE OF CHANGE IN COUNSEL                                         CV08-00030 PJH