1  René L. Barge, Esq. (SBN 182317)
   Katherine J. Odenbreit (SBN 184619)
2  CLASS ACTION LITIGATION GROUP, APC
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:   310-481-9851
4  Facsimile:    310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5          *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. (SBN 171268)
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd,., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>Defendants. | Case No.: CV 08-00030 PJH<br><br><u>CLASS ACTION</u><br><br>NOTICE OF CONSENTS TO JOIN (Nos. 16-19) [29U.S.C. § 216(b)]<br><br>Complaint Filed: November 21, 2007 |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Attached hereto please find the individual Consents to Join for the following:

16.  Allison Krumholz

17.  Jeanie Larkins

18.  Tera Lemus

1

NOTICE OF CONSENTS TO JOIN                                      CV08-00030 PJH

19. Lisa Mollé-Poppleton

Dated: August 6, 2008

CLASS ACTION LITIGATION GROUP, APC

By: _____/s/_____
RENÉ L. BARGE
Attorneys for Plaintiffs WILLIAM ALAN GLUCK, MONA SANCHEZ, JANI BIELENBERG, individually and on behalf of all employees similarly situated

NOTICE OF CONSENTS TO JOIN

CV08-00030 PJH

René L. Barge, Esq. – State Bar No.182317
Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:   310-481-9851
Facsimile:   310-481-9854
E-mail: *rbarge@class-action-attorneys.com*
         *kodenbreit@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd,., Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
E-mail: *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>    Defendants. | Case No.: CV 08-00030 PJH<br><br>CLASS ACTION<br><br>**CONSENT TO JOIN OF JEANIE LARKINS [29 U.S.C. § 216(b)]**<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, JEANIE LARKINS hereby give my consent to be a party plaintiff in this action.

Dated: 7/25/2008

*[signature]*
JEANIE LARKINS

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                    CV08-00030 PJH

1  René L. Barge, Esq. – State Bar No.182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:   310-481-9851
4  Facsimile:   310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5          *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>   Defendants. | Case No.: CV 08-00030 PJH<br><br>CLASS ACTION<br><br>CONSENT TO JOIN OF TERA LEMUS [29 U.S.C. § 216(b)]<br><br>Complaint Filed: November 21, 2007<br>Date of Removal: January 3, 2008 |

Pursuant to 29 U.S.C. § 216(b), I, TERA LEMUS hereby give my consent to be a party plaintiff in this action.

Dated: 7-16-08

_____
TERA LEMUS

1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                    CV08-00030 PJH

1  René L. Barge, Esq. – State Bar No.182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:   310-481-9851
4  Facsimile:   310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5          *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd,., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated, | Case No.: CV 08-00030 PJH <br><br> <u>CLASS ACTION</u> |
| Plaintiffs, | **CONSENT TO JOIN OF ALLISON KRUMHOLZ [29 U.S.C. § 216(b)]** |
| vs. | |
| A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive. | Complaint Filed: November 21, 2007 <br> Date of Removal: January 3, 2008 |
| Defendants. | |

Pursuant to 29 U.S.C. § 216(b), I, ALLISON KRUMHOLZ hereby give my consent to be a party plaintiff in this action.

Dated: 8-1-08

                                    _____
                                    ALLISON KRUMHOLZ

                                    1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                               CV08-00030 PJH

1  René L. Barge, Esq. – State Bar No.182317
   Katherine J. Odenbreit – State Bar No. 184619
2  **CLASS ACTION LITIGATION GROUP, APC**
   11111 Santa Monica Boulevard, Suite 1000
3  Los Angeles, California 90025-3344
   Telephone:   310-481-9851
4  Facsimile:   310-481-9854
   E-mail: *rbarge@class-action-attorneys.com*
5           *kodenbreit@class-action-attorneys.com*

6  Lee Feldman, Esq. – State Bar No. 171268
   **THE FELDMAN LAW FIRM, APC**
7  10100 Santa Monica Blvd,., Suite 2490
   Los Angeles, CA 90067
8  Tel: 310-552-7812
   Fax: 310-552-7814
9  E-mail: *lee@leefeldmanlaw.com*

10 Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
   MONA SANCHEZ AND JANI BIELENBERG,
11 individually and on behalf of all employees similarly situated

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 WILLIAM ALAN GLUCK, MONA        ) Case No.: CV 08-00030 PJH
   SANCHEZ and JANI BIELENBERG,    )
15 individually and on behalf of all employees) CLASS ACTION
   similarly situated,             )
16                                 )
17          Plaintiffs,            ) **CONSENT TO JOIN OF LISA**
                                   ) **MOLLÉ-POPPLETON [29 U.S.C. §**
18     vs.                         ) **216(b)]**
                                   )
19 A PLACE FOR MOM, a Washington   )
   corporation; and does 1 to 100, inclusive. )
20                                 )
            Defendants.             ) Complaint Filed: November 21, 2007
21 _____) Date of Removal: January 3, 2008

22

23     Pursuant to 29 U.S.C. § 216(b), I, LISA MOLLÉ-POPPLETON hereby give my

24 consent to be a party plaintiff in this action.

25 Dated: 7-17-08

26                                          /s/ Lisa Mollé-Poppleton
                                            LISA MOLLÉ-POPPLETON
27

28

                                        1

CONSENT TO JOIN [29 U.S.C. § 216(b)]                                    CV08-00030 PJH

# CERTIFICATE OF SERVICE

I certify that on August 6, 2008, I caused to be served a copy of **NOTICE OF CONSENTS TO JOIN (Nos. 16-19)[29 U.S.C. § 216(b)]** on all the interested parties listed below as follows:

[ X ] **By ELECTRONIC SERVICE VIA CM/ECF SYSTEM:** In accordance with the electronic filing procedures of this Court, service has been effected on the parties, whose counsel of record is a registered participant of CM/ECF System:

Michael Von Lowenfeldt, Esq.                Counsel for Defendant
Adrian James Sawyer, Esq.
KERR & WAGSTAFFE, LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: 415-371-8500
Fax: 415-371-0500
mvl@kerrwagstaffe.com,
hanna@kerrwagstaffe.com
sawyer@kerrwagstaffe.com

[ X ] **BY MAIL**: I am readily familiar with this firms's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the firm's practice, the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California:

Lee Richard Feldman, Esq.                   Co-Counsel for Plaintiffs
The Feldman Law Firm, APC
10100 Santa Monica Blvd, Suite 2490
Los Angeles, CA 90067
Tel: 310-552-7812
Fax: 310-552-7814
lee@leefeldmanlaw.com

                    CLASS ACTION LITIGATION GROUP, APC


                    /s/_____
                    RENÉ L. BARGE
                    Attorneys for Plaintiffs