**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,

Plaintiffs,

vs.

A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.

Defendants.

Case No.: CV 08-00030 PJH

CLASS ACTION

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR ORDER APPROVING 29 U.S.C. § 216(B) NOTICE; ESTABLISHING DEADLINE TO FILE CONSENT TO JOIN; AND REQUEST TO RESCHEDULE CLASS CERTIFICATION MOTION FILING DEADLINE**

Complaint Filed: November 21, 2007
Date of Removal: January 3, 2008

1

Proposed Order Granting Stipulation and Proposed Order Approving 216(b) Notice; Establishing Deadline to File Consent to Join Under 29 U.S.C. § 216(B); and Request for Re-scheduling of Deadline for Motion for Certification
CV08-00030 PJH

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Court conditionally certifies the class under 29 U.S.C. § 216(b);
2. The Court approves the 216(b) notice and consent to join form that are attached hereto as Exhibits "A" and "B"
3. The Court sets a 45 day deadline of **March 24, 2009** as the last date upon which putative members of the FLSA class can file a consent to join this action based on the completion of mailing on or before **February 5, 2009**;
4. The conditional certification will not prejudice Defendant's right to pursue decertification review;
5. Plaintiffs' Counsel will engage an independent claims administrator to mail the court approved notice and consent to join forms to putative class members.
6. Defense Counsel will confidentially provide by **January 29, 2009** to the independent claims administrator the names and addresses of the putative class members previously withheld from disclosure to Plaintiff's Counsel.
7. The Court continues the deadline for Plaintiffs to file their class certification motions from **April 8, 2009** to **June 30, 2009** in the event the parties do not settle at mediation, so that the parties have the opportunity to pursue further class certification discovery.

SO ORDERED:

Dated: 1/29/09