René L. Barge, Esq. – State Bar No.182317
Katherine J. Odenbreit – State Bar No. 184619
**CLASS ACTION LITIGATION GROUP, APC**
11111 Santa Monica Boulevard, Suite 1000
Los Angeles, California 90025-3344
Telephone:   310-481-9851
Facsimile:   310-481-9854
E-mail:  *rbarge@class-action-attorneys.com*
           *kodenbreit@class-action-attorneys.com*

Lee Feldman, Esq. – State Bar No. 171268
**THE FELDMAN LAW FIRM, APC**
10100 Santa Monica Blvd,., Suite 2490
Los Angeles, CA 90067
Tel:  310-552-7812
Fax:  310-552-7814
E-mail:  *lee@leefeldmanlaw.com*

Attorneys for Plaintiffs, WILLIAM ALAN GLUCK,
MONA SANCHEZ AND JANI BIELENBERG,
individually and on behalf of all employees similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>A PLACE FOR MOM, a Washington corporation; and does 1 to 100, inclusive.<br><br>  Defendants. | Case No.:  CV 08-00030 PJH<br><br>CLASS ACTION<br><br>**STIPULATION FOR ORDER CONTINUING CLASS CERTIFICATION MOTION FILING DEADLINE; ~~PROPOSED~~ ORDER**<br><br>Complaint Filed:  November 21, 2007<br>Date of Removal: January 3, 2008 |

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

## **STIPULATION**

Plaintiffs WILLIAM ALAN GLUCK, MONA SANCHEZ AND JANI BIELENBERG, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendant, A PLACE FOR MOM ("Defendant") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, this case was commenced on November 21, 2007 in the Superior Court of California, County of Alameda, alleging various wage-and-hour law violations under the FLSA and the California Labor Code and thereafter on January 3, 2008, Defendants removed the action to this Court, and filed their Answer.

WHEREAS, the Complaint alleges both a nationwide "opt-in class" for claims under the FLSA and a California state-wide "opt-out class" for claims under the California state laws.

WHEREAS, under the FLSA, a putative class member must affirmatively opt in to a pending action to become a member of the class.

WHEREAS, on January 29, 2009, the Court, pursuant to stipulation, approved a Notice under 29 U.S.C. § 216(b) and set a deadline of March 24, 2009 for putative class members to opt-in to the pending FLSA action.

WHEREAS, on April 10, 2009, the parties mediated this case before Honorable William J. Cahill (Ret.).  That mediation was productive, but not yet successful.

WHEREAS, the parties have agreed that they need to take depositions of representative plaintiffs and certain employees of defendant before resuming settlement efforts.

WHEREAS, the parties intend to re-engage in settlement efforts after conducting such depositions

WHEREAS, the Court had previously set a deadline for plaintiffs to file the motion for class certification of June 30, 2009 which is prior to the time the parties will be able to take the necessary depositions and resume their negotiations.

1      WHEREAS, the parties continue to believe that they should exhaust settlement efforts before undertaking the expense and time, as well as the use of this Court's resources, of contested class certification proceedings.

**THEREFORE**, the Parties have agreed, subject to the Court's approval that:

1. The Court continue the deadline for Plaintiffs to file their class certification motions from **June 30, 2009** to **October 30, 2009** in the event the parties do not settle, so that the parties have the opportunity to pursue further class certification discovery.

**SO STIPULATED:**

Dated:  May 12, 2009                    CLASS ACTION LITIGATION GROUP, APC


                                        By:   __/s Rene L. Barge_____
                                              Rene L. Bargé
                                              Attorneys for Plaintiffs WILLIAM ALAN
                                              GLUCK, MONA SANCHEZ, and JANI
                                              BIELENBERG, individually and on behalf
                                              of all employees similarly situated

Dated:  May 12, 2009                    THE FELDMAN LAW FIRM, APC


                                        By:   __/s Lee Feldman_____
                                              Lee R. Feldman
                                              Attorneys for Plaintiffs WILLIAM ALAN
                                              GLUCK, MONA SANCHEZ, and JANI
                                              BIELENBERG, individually and on behalf
                                              of all employees similarly situated

Dated: May 12, 2009                     KERR & WAGSTAFFE, LLP


                                        By:   __/s Michael von Loewenfeldt____
                                              Michael von Loewenfeldt
                                              Attorneys for Defendant, A PLACE FOR
                                              MOM, INC.

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

3    1.   The Court continues the deadline for Plaintiffs to file their class certification
4         motions from **June 30, 2009** to **October 30, 2009**.

5 IT IS SO ORDERED:

7 Dated: 5/15/09

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

1    I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to
2 file this STIPULATION FOR ORDER CONTINUING CLASS CERTIFICATION MOTION
3 FILING DEADLINE; PROPOSED ORDER.  In compliance with General Order 45, X.B., I
4 hereby attest that Rene L. Barge and Lee Feldman, co-lead counsel for plaintiffs, have
5 concurred in this filing.

7 DATED:  May 12, 2009          **KERR & WAGSTAFFE LLP**
8                               By _____/s/_____
                                   MICHAEL VON LOEWENFELDT
9
10                              Attorneys for Plaintiffs