MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
CHEROKEE D.M. MELTON (243265)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: mvl@kerrwagstaffe.com

Attorneys for Defendant
A PLACE FOR MOM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ, and JANI BIELENBERG, individually and on behalf of all employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> A PLACE FOR MOM, a Washington corporation; and DOES 1 to 10, inclusive <br><br> Defendants. | Case No. CV 08-0030 PJH <br> **ORDER DENYING REQUEST TO CONTINUE** ~~STIPULATION FOR ORDER CONTINUING~~ **PRETRIAL DEADLINES;** [~~PROPOSED~~] ~~ORDER~~ <br><br> Complaint filed: November 21, 2007 <br> Date of Removal: January 3, 2008 <br><br> Trial: March 8, 2010 |

# STIPULATION

Plaintiffs WILLIAM ALAN GLUCK, MONA SANCHEZ AND JANI BIELENBERG, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendant, A PLACE FOR MOM ("Defendant") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, this case was commenced on November 21, 2007 in the Superior Court of California, County of Alameda, alleging various wage and hour violations under the FLSA and the California labor code and thereafter on January 3, 2008, Defendants removed the action to this Court, and filed their Answer;

WHEREAS, the Complaint alleges both a nationwide "opt-in" collective action for claims under the FLSA and a California state-wide "opt-out" class for claims under California state laws;

WHEREAS, on April 10, 2009, the parties mediated this case before Honorable William J. Cahill (Ret.). That mediation was productive, but not yet successful;

WHEREAS, the parties have agreed that they need to take further discovery, including the depositions of representative plaintiffs and certain employees of defendant in order to continue having meaningful settlement discussions;

WHEREAS, trial in this case is set for March 8, 2010;

WHEREAS, the parties continue to believe that they should exhaust settlement efforts before undertaking the expense and time, as well as the use of this Court's resources, of contested class certification proceedings and further litigation.

**THEREFORE**, the parties have agreed, subject to the Court's approval that:

1. The Court continue the deadline for Plaintiffs to file their class certification motions from **October 30, 2009** to **January 5, 2010**.
2. The Court continue the deadline for all dispositive motions to be heard from **November 18, 2009** to **January 18, 2010**.
3. The Court continue the deadline for non-expert discovery to be completed from **September 16, 2009** to **November 30, 2009**.

4. The Court continue the deadline for the parties' disclosure of retained and non-retained expert witnesses from **October 16, 2009** to **December 23, 2009**.

5. The Court continue the deadline for expert discovery to be completed from **December 4, 2009** to **January 25, 2010**.

**SO STIPULATED:**

DATED: July 24, 2009          **KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
A PLACE FOR MOM

DATED: July __, 2009          **CLASS ACTION LITIGATION GROUP**

By _____
RENE L. BARGE

Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ,
and JANI BIELENBERG

DATED: July __, 2009          **THE FELDMAN LAW FIRM**

By _____
LEE FELDMAN

Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ,
and JANI BIELENBERG

4. The Court continue the deadline for the parties' disclosure of retained and non-retained expert witnesses from **October 16, 2009** to **December 23, 2009**.

5. The Court continue the deadline for expert discovery to be completed from **December 4, 2009** to **January 25, 2010**.

**SO STIPULATED:**

DATED: July __, 2009                **KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
A PLACE FOR MOM

DATED: July 22 2009                 **CLASS ACTION LITIGATION GROUP**

By *Rene L. Barge* (signature)
RENE L. BARGE

Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ,
and JANI BIELENBERG

DATED: July __, 2009                **THE FELDMAN LAW FIRM**

By _____
LEE FELDMAN

Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ,
and JANI BIELENBERG

07/23/2009  14:08  3104489126  RENE BARGE  PAGE 04/05

4. The Court continue the deadline for the parties' disclosure of retained and non-retained expert witnesses from **October 16, 2009** to **December 23, 2009**.

5. The Court continue the deadline for expert discovery to be completed from **December 4, 2009** to **January 25, 2010**.

**SO STIPULATED:**

DATED: July __, 2009                **KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
A PLACE FOR MOM

DATED: July __, 2009                **CLASS ACTION LITIGATION GROUP**

By _____
RENE L. BARGE

Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ,
and JANI BIELENBERG

DATED: July 22, 2009                **THE FELDMAN LAW FIRM**

By _____/s/_____
JENNIFER PETERS
Lee Feldman
Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ,
and JANI BIELENBERG

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The Court continue the deadline for Plaintiffs to file their class certification motions from **October 30, 2009** to **January 5, 2010**.
2. The Court continue the deadline for all dispositive motions to be heard from **November 18, 2009** to **January 18, 2010**.
3. The Court continue the deadline for non-expert discovery to be completed from **September 16, 2009** to **November 30, 2009**.
4. The Court continue the deadline for the parties' disclosure of retained and non-retained expert witnesses from **October 16, 2009** to **December 23, 2009**.
5. The Court continue the deadline for expert discovery to be completed from **December 4, 2009** to **January 25, 2010**.

IT IS SO ORDERED

Dated: 7/28/09

**DENIED**
Judge Phyllis J. Hamilton
United States District Judge

THE PARTIES SHALL APPEAR FOR A CASE MANAGEMENT CONFERENCE ON AUGUST 13, 2009 AT 2:30 P.M.