MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
CHEROKEE D.M. MELTON (243265)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: mvl@kerrwagstaffe.com

Attorneys for Defendant
A PLACE FOR MOM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM ALAN GLUCK, MONA SANCHEZ, and JANI BIELENBERG, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A PLACE FOR MOM, a Washington corporation; and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. CV 08-0030 PJH<br><br>**STIPULATION FOR ORDER CONTINUING DISCOVERY DEADLINES; [~~PROPOSED~~] ORDER**<br><br>Complaint filed:   November 21, 2007<br>Date of Removal: January 3, 2008<br><br>Trial:   March 8, 2010 |

Case No. CV 08-0030 PJH

STIPULATION FOR ORDER CONTINUING
DISCOVERY DEADLINES; [PROPOSED] ORDER

## STIPULATION

Plaintiffs WILLIAM ALAN GLUCK, MONA SANCHEZ AND JANI BIELENBERG, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendant, A PLACE FOR MOM ("Defendant") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, this case was commenced on November 21, 2007, in the Superior Court of California, County of Alameda, alleging various wage and hour violations under the FLSA and the California labor code and thereafter on January 3, 2008, Defendants removed the action to this Court, and filed their Answer;

WHEREAS, the Complaint alleges both a nationwide "opt-in" collective action for claims under the FLSA and a California state-wide "opt-out" class for claims under California state laws;

WHEREAS, on August 13, 2009, a further case management conference was held during which the Court decided that the dates for filing motions for class certification and hearing dispositive motions would not change, but that the parties would be allowed to meet and confer and submit a stipulation moving the discovery deadlines.

**THEREFORE**, having met and conferred on new discovery deadlines, the parties respectfully submit the following schedule of pretrial dates for the Court's approval:

1. The deadline for Plaintiffs to file their class certification motions will remain **October 30, 2009**.

2. The deadline for all dispositive motions to be heard will remain **November 18, 2009**.

3. The deadline for the parties' disclosure of retained and non-retained expert witnesses to be continued from October 16, 2009 to **December 23, 2009**.

4. The deadline for the parties' disclosure of retained and non-retained rebuttal expert witnesses to be continued from November 6, 2009 to **January 13, 2010**.

5. The deadline for non-expert discovery to be completed to be continued from September 16, 2009 to **January 25, 2010**.

6. The deadline for expert discovery to be completed to be continued from December 4, 2009 to **January 25, 2010**.

**SO STIPULATED**

DATED: August 24 2009   **KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
A PLACE FOR MOM

DATED: August 19, 2009   **CLASS ACTION LITIGATION GROUP**

By _____
RENE L. BARGE

Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ, and JANI BIELENBERG

DATED: August __, 2009   **THE FELDMAN LAW FIRM**

By _____
LEE FELDMAN

Attorneys for Plaintiffs
WILLIAM ALAN GLUCK, MONA SANCHEZ, and JANI BIELENBERG

Case No. CV 08-0030 PJH

2

STIPULATION FOR ORDER CONTINUING DISCOVERY DEADLINES; [PROPOSED] ORDER

1    6.   The deadline for expert discovery to be completed to be continued from
2    December 4, 2009 to **January 25, 2010**.
3    SO STIPULATED

5    DATED: August __, 2009                     **KERR & WAGSTAFFE LLP**

7                                               By _____
                                                MICHAEL VON LOEWENFELDT

                                                Attorneys for Defendant
                                                A PLACE FOR MOM

11   DATED: August __, 2009                     **CLASS ACTION LITIGATION GROUP**

13                                              By _____
                                                RENE L. BARGE

                                                Attorneys for Plaintiffs
                                                WILLIAM ALAN GLUCK, MONA SANCHEZ,
                                                and JANI BIELENBERG

16   DATED: August 21, 2009                     **THE FELDMAN LAW FIRM**

19                                              By _____
                                                JENNIFER PEPERS

                                                Attorneys for Plaintiffs
                                                WILLIAM ALAN GLUCK, MONA SANCHEZ,
                                                and JANI BIELENBERG

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION AND THE COURT'S PRIOR INSTRUCTIONS, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiffs to file their class certification motions will remain **October 30, 2009**.
2. The deadline for all dispositive motions to be heard will remain **November 18, 2009**.
3. The deadline for the parties' disclosure of retained and non-retained expert witnesses to be continued from October 16, 2009 to **December 23, 2009**.
4. The deadline for the parties' disclosure of retained and non-retained rebuttal expert witnesses to be continued from November 6, 2009 to **January 13, 2010**.
5. The deadline for the non-expert discovery to be completed be continued from September 16, 2009 to **January 25, 2010**.
6. The deadline for the expert discovery to be completed be continued from December 4, 2009 to **January 25, 2010**.

IT IS SO ORDERED

Dated: 9/2/09   _____
Honorable Phyllis J. Hamilton
United States District Judge



Case No. CV 08-0030 PJH   1   [PROPOSED] ORDER